AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Curtis L. King, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.  0:14-cv-01677-RBH |
| | ) | |
| | ) | |
| S.C. Dept. of Corr., | ) | |
| *Respondent* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

■ other: the petitioner, Curtis L. King, shall take nothing of the respondent; S.C. Dept. of Corr., from the writ of mandamus filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismisses the writ of mandamus without prejudice.

Date:  November 13, 2014                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                      s/G. Mills
                                                                              _____
                                                                                   *Signature of Clerk or Deputy Clerk*